1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
9                                         AT TACOMA

10      RONALD K. HOOKS,

11                          Petitioner,                CASE NO. 3:22-cv-05034-RAJ

12          v.                                         ORDER TO FILE NOTICE OF
                                                       APPEARANCE
13      TRILOGY MEDWASTE WEST LLC,

14                          Respondent.

15

16          This matter is before the Court on referral of the motion for preliminary injunction.  *See*

17  Dkt. 6.

18          "Every pleading, written motion, and other paper must be signed by at least one attorney

19  of record in the attorney's name—or by a party personally if the party is unrepresented."  Fed. R.

20  Civ. P. 11(a); *see also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S.

21  194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a

22  corporation may appear in the federal courts only through licensed counsel.").  And "[a]n

23  attorney . . . may enter an appearance . . . by properly signing in accordance with the ECF Filing

24

ORDER TO FILE NOTICE OF APPEARANCE - 1

1    Procedures and filing a Notice of Appearance, complaint, amended complaint, answer, amended

2    answer, Notice of Removal, motion to intervene, or motion for joinder on behalf of the party the

3    attorney represents."  Local Civil Rule 83.2(a).

4          Here, attorneys Jerome L. Rubin and David E. Worley have filed no notice of appearance

5    or other document that may function as such under LCR 83.2(a).  Yet, they have filed two papers

6    related to the pending motion for preliminary injunction and purporting to be filed on behalf of

7    respondent.  *See* Dkts. 11, 13, 13-1.

8          Therefore, the Court orders as follows:  on or before **February 17, 2022**, respondent's

9    attorney or attorneys shall file a proper notice of appearance under the relevant Local Civil Rules

10   and Federal Rules of Civil Procedure.  Failure to do so will result in the undersigned striking

11   papers that do not comply with Fed. R. Civ. P. 11(a) and treating the pending motion for

12   preliminary injunction as unopposed when issuing a Report and Recommendation on the matter.

13         Dated this 14th day of February, 2022.

14

15                                              _____

16                                              J. Richard Creatura
                                                Chief United States Magistrate Judge

17

18

19

20

21

22

23

24

ORDER TO FILE NOTICE OF APPEARANCE - 2